JAMES E. SELL, ESQ. (SBN 135935)
JSell@partonsell.com
MICHAEL H. GIACINTI (SBN 244738)
MGiacinti@partonsell.com
PARTON | SELL | RHOADES
A Professional Corporation
750 Lindaro Street, Suite 140
San Rafael, CA  94111
Telephone:   (415) 258-9700
Facsimile:   (415) 258-9739

Attorneys for Plaintiff
United States of America
for the Use and Benefit of
O.C. JONES & SONS, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF O.C. JONES & SONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>WALBRIDGE / OVERAA, a joint venture between WALDBRIDGE, ALDINGER COMPANY, a Michigan corporation, and C. OVERAA & CO., a California corporation, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and LIBERTY MUTUAL INSURANCE COMPANY<br><br>Defendants. | Case No.: C13-3625 JSC<br>**Assigned to Hon. Jacqueline S. Corley**<br><br>**STIPULATION OF DISMISSAL**<br><br>Case Filed:  August 5, 2013 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above - captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1).

1

**STIPULATION OF DISMISSAL**

DATED: June 13, 2014                    SMITH, CURRIE & HANCOCK LLP

                                        /s/ Jay R. Houghton

                                  By:   _____
                                        Jay R. Houghton, Esq.
                                        Attorneys for Defendants
                                        WALBRIDGE OVERAA, A Joint Venture,
                                        FEDERAL INSURANCE COMPANY, and
                                        TRAVELERS CASUALTY AND SURETY


DATED: June 13, 2014                    Parton | Sell | Rhoades

                                        /s/ James E. Sell

                                  By:   _____
                                        James E. Sell, Esq.
                                        Attorney for Plaintiff
                                        O.C. JONES & SONS, INC.

**IT IS SO ORDERED**
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

S:\CASES\1024-0007 WALBRIDGE\P\STIPULATION OF DISMISSAL.docx